# Exhibit 5

# Exhibit 5
# Infringement of US 8179913 B2
# by communication devices operating
# in accord with UMTS as defined in
# the ETSI 3GPP technical specification
# cited herein

1

## Infringed Claims

1. A method of handling a variable of a Radio Link Control reset procedure during receiver-side-only re-establishment in a wireless communications system comprising:

re-establishing only a receiver side of an Radio Link Control (RLC) entity: and

resetting a reset state variable, used for counting the number of times a RESET protocol data unit (PDU) is scheduled to be transmitted, during the re-establishing of only the receiver side of the RLC entity.

2. The method of claim 1, wherein the wireless communications system operates in Acknowledged Mode.

3. A communications device utilized in a wireless communications system for accurately handling a variable of a Radio Link Control reset procedure during receiver-side-only re-establishment comprising: a control circuit for realizing functions of the communications device: a processor installed in the control circuit for executing a program code to operate control circuit: and a memory coupled to the processor for storing the program code: wherein the program code comprises: re-establishing only a receiver side of an Radio Link Control (RLC) entity: and resetting a reset state variable, used for counting the number of times a RESET protocol data unit (PDU) is scheduled to be transmitted, during the re-establishing of only the receiver side of the RLC entity.

4. The communications device of claim 1, wherein the wireless communications system operates in Acknowledged Mode.

1. A method of handling a variable of a Radio Link Control reset procedure during receiver-side-only re-establishment in a wireless communications system

## 9.4  State variables

◆ The state variables defined in this subclause are normative.

[...]

h) VT(RST) - Reset state variable.

This state variable is used to count the number of times a RESET PDU is scheduled to be transmitted before the reset procedure is completed. VT(RST) shall be incremented by 1 according to subclauses 11.4.2 and 11.4.5.1. VT(RST) shall only be reset upon the reception of a RESET ACK PDU (i.e. VT(RST) shall not be reset when an

RLC reset initiated by the peer RLC entity occurs) unless otherwise specified in subclause 9.7.7.

**3GPP TS25.322 v6.12.0 (2008-05)**
http://www.3gpp.org/DynaReport/25-series.htm

3

during receiver-side-only re-establishment in a wireless communications system

### 9.7.7 RLC re-establishment function for acknowledged and unacknowledged mode

♦ RLC re-establishment is performed upon request by upper layers.

♦ The RLC re-establishment function is applicable for AM or UM RLC. For UM, the whole RLC entity is re-established. For AM, upper layers may request re-establishment of the whole RLC entity or only the transmitting or receiving side of the RLC entity.

**3GPP TS25.322 v6.12.0 (2008-05)**
http://www.3gpp.org/DynaReport/25-series.htm

4

re-establishing only a receiver side of an Radio Link Control (RLC) entity;

resetting a reset state variable,

> 9.7.7  RLC re-establishment function for acknowledged and unacknowledged mode
>
> [...]
>
> When the transmitting and/or receiving side of an AM RLC entity is re-established by upper layers, the RLC entity shall:
>
> - if the receiving side of the RLC entity is re-established:
>   - reset the state variables specified for the receiver in subclause 9.4 to their initial values;
>   - set the configurable parameters applicable for the receiving side in subclause 9.6 to their configured values;
>   - set the hyper frame number (HFN) in the receiving side (DL in the UE) to the value configured by upper layers;
>   - discard the AMD PDUs in the receiving side.
> - if only the receiving side of the RLC entity is re-established:
>   - discard acknowledgement status report, WINDOW SUFI and MRW_ACK SUFI in all STATUS PDUs and piggybacked STATUS PDUs, RESET PDU and RESET ACK PDU (i.e. discard all control PDUs except MRW SUFI);
>   - if an RLC reset procedure is ongoing (i.e. Timer_RST is running):
>     - stop Timer_RST;
>     - abort the ongoing RLC reset procedure;
>     - reset VT(RST);
>     - restart a new RLC reset procedure after the RLC re-establishment terminates.

**3GPP TS25.322 v6.12.0 (2008-05)**

http://www.3gpp.org/DynaReport/25-series.htm

used for counting the number of times a RESET protocol data unit (PDU) is scheduled to be transmitted

## 9.4  State variables

◆  The state variables defined in this subclause are normative.

[...]

h) VT(RST) - Reset state variable.

This state variable is used to count the number of times a RESET PDU is scheduled to be transmitted before the reset procedure is completed. VT(RST) shall be incremented by 1 according to subclauses 11.4.2 and 11.4.5.1. VT(RST) shall only be reset upon the reception of a RESET ACK PDU (i.e. VT(RST) shall not be reset when an RLC reset initiated by the peer RLC entity occurs) unless otherwise specified in subclause 9.7.7.

**3GPP TS25.322 v6.12.0 (2008-05)**
http://www.3gpp.org/DynaReport/25-series.htm

6

during the re-establishing of only the receiver side of the RLC entity.

### 9.7.7 RLC re-establishment function for acknowledged and unacknowledged mode

[...]

When the transmitting and/or receiving side of an AM RLC entity is re-established by upper layers, the RLC entity shall:

- if the receiving side of the RLC entity is re-established:

    - reset the state variables specified for the receiver in subclause 9.4 to their initial values;

    - set the configurable parameters applicable for the receiving side in subclause 9.6 to their configured values;

    - set the hyper frame number (HFN) in the receiving side (DL in the UE) to the value configured by upper layers;

    - discard the AMD PDUs in the receiving side.

- if only the receiving side of the RLC entity is re-established:

    - discard acknowledgement status report, WINDOW SUFI and MRW_ACK SUFI in all STATUS PDUs and piggybacked STATUS PDUs, RESET PDU and RESET ACK PDU (i.e. discard all control PDUs except MRW SUFI);

    - if an RLC reset procedure is ongoing (i.e. Timer_RST is running):

        - stop Timer_RST;

        - abort the ongoing RLC reset procedure;

        - reset VT(RST);

        - restart a new RLC reset procedure after the RLC re-establishment terminates.

**3GPP TS25.322 v6.12.0 (2008-05)**
http://www.3gpp.org/DynaReport/25-series.htm

2. The method of claim 1, wherein the wireless communications system operates in Acknowledged Mode.

9.7.7 RLC re-establishment function for acknowledged and unacknowledged mode

[...]

When the transmitting and/or receiving side of an AM RLC entity is re-established by upper layers, the RLC entity shall:

- if the receiving side of the RLC entity is re-established:

  - reset the state variables specified for the receiver in subclause 9.4 to their initial values;

  - set the configurable parameters applicable for the receiving side in subclause 9.6 to their configured values;

  - set the hyper frame number (HFN) in the receiving side (DL in the UE) to the value configured by upper layers;

  - discard the AMD PDUs in the receiving side.

- if only the receiving side of the RLC entity is re-established:

  - discard acknowledgement status report, WINDOW SUFI and MRW_ACK SUFI in all STATUS PDUs and piggybacked STATUS PDUs, RESET PDU and RESET ACK PDU (i.e. discard all control PDUs except MRW SUFI);

  - if an RLC reset procedure is ongoing (i.e. Timer_RST is running):

    - stop Timer_RST;

    - abort the ongoing RLC reset procedure;

    - reset VT(RST);

    - restart a new RLC reset procedure after the RLC re-establishment terminates.

**3GPP TS25.322 v6.12.0 (2008-05)**

http://www.3gpp.org/DynaReport/25-series.htm

8

3. A communications device utilized in a wireless communications system for accurately handling a variable of a Radio Link Control reset procedure [A] during receiver-side-only re-establishment comprising:

> Each of the Accused Instrumentalities is a communications device utilized in a wireless communications system. For example, Defendant advertises the Pixel 4a as compatible with UMTS networks, which are standardized under the ETSI 3GPP technical specification cited in this exhibit. See Exhibit 4.

### 9.4 State variables

◆ The state variables defined in this subclause are normative.

[…]

h) VT(RST) - Reset state variable.

This state variable is used to count the number of times a RESET PDU is scheduled to be transmitted before the reset procedure is completed. VT(RST) shall be incremented by 1 according to subclauses 11.4.2 and 11.4.5.1. VT(RST) shall only be reset upon the reception of a RESET ACK PDU (i.e. VT(RST) shall not be reset when an

RLC reset initiated by the peer RLC entity occurs) unless otherwise specified in subclause 9.7.7.

**3GPP TS25.322 v6.12.0 (2008-05)**
http://www.3gpp.org/DynaReport/25-series.htm

9

during receiver-side-only re-establishment in a wireless communications system

### 9.7.7 RLC re-establishment function for acknowledged and unacknowledged mode

- RLC re-establishment is performed upon request by upper layers.

- The RLC re-establishment function is applicable for AM or UM RLC. For UM, the whole RLC entity is re-established. For AM, upper layers may request re-establishment of the whole RLC entity or only the transmitting or receiving side of the RLC entity.

**3GPP TS25.322 v6.12.0 (2008-05)**

http://www.3gpp.org/DynaReport/25-series.htm

10

a control circuit for realizing functions of the communications device: a processor installed in the control circuit for executing a program code to operate control circuit: and a memory coupled to the processor for storing the program code:

> Each of the Accused Instrumentalities is a communications device that includes a control circuit with a processor installed in the control circuit for executing a program code to operate control circuit and a memory coupled to the processor for storing the program code. For example, Defendant advertises the Pixel 4a as including a Qualcomm Snapdragon 730G processor and memory storage of six gigabytes of LPDDR4xRAM. See Exhibit 4.

11

re-establishing only a receiver side of an Radio Link Control (RLC) entity;

resetting a reset state variable,

> 9.7.7 RLC re-establishment function for acknowledged and unacknowledged mode
>
> [...]
>
> When the transmitting and/or receiving side of an AM RLC entity is re-established by upper layers, the RLC entity shall:
>
> - if the receiving side of the RLC entity is re-established:
>   - reset the state variables specified for the receiver in subclause 9.4 to their initial values;
>   - set the configurable parameters applicable for the receiving side in subclause 9.6 to their configured values;
>   - set the hyper frame number (HFN) in the receiving side (DL in the UE) to the value configured by upper layers;
>   - discard the AMD PDUs in the receiving side.
> - if only the receiving side of the RLC entity is re-established:
>   - discard acknowledgement status report, WINDOW SUFI and MRW_ACK SUFI in all STATUS PDUs and piggybacked STATUS PDUs, RESET PDU and RESET ACK PDU (i.e. discard all control PDUs except MRW SUFI);
>   - if an RLC reset procedure is ongoing (i.e. Timer_RST is running):
>     - stop Timer_RST;
>     - abort the ongoing RLC reset procedure;
>     - reset VT(RST);
>     - restart a new RLC reset procedure after the RLC re-establishment terminates.

**3GPP TS25.322 v6.12.0 (2008-05)**

http://www.3gpp.org/DynaReport/25-series.htm

used for counting the number of times a RESET protocol data unit (PDU) is scheduled to be transmitted

## 9.4    State variables

◆    The state variables defined in this subclause are normative.

[...]

h)  VT(RST) - Reset state variable.

This state variable is used to count the number of times a RESET PDU is scheduled to be transmitted before the reset procedure is completed. VT(RST) shall be incremented by 1 according to subclauses 11.4.2 and 11.4.5.1. VT(RST) shall only be reset upon the reception of a RESET ACK PDU (i.e. VT(RST) shall not be reset when an RLC reset initiated by the peer RLC entity occurs) unless otherwise specified in subclause 9.7.7.

**3GPP TS25.322 v6.12.0 (2008-05)**
http://www.3gpp.org/DynaReport/25-series.htm

13

during the re-establishing of only the receiver side of the RLC entity.

### 9.7.7    RLC re-establishment function for acknowledged and unacknowledged mode

[…]

When the transmitting and/or receiving side of an AM RLC entity is re-established by upper layers, the RLC entity shall:

- if the receiving side of the RLC entity is re-established:

  - reset the state variables specified for the receiver in subclause 9.4 to their initial values;

  - set the configurable parameters applicable for the receiving side in subclause 9.6 to their configured values;

  - set the hyper frame number (HFN) in the receiving side (DL in the UE) to the value configured by upper layers;

  - discard the AMD PDUs in the receiving side.

  - if only the receiving side of the RLC entity is re-established:

    - discard acknowledgement status report, WINDOW SUFI and MRW_ACK SUFI in all STATUS PDUs and piggybacked STATUS PDUs, RESET PDU and RESET ACK PDU (i.e. discard all control PDUs except MRW SUFI);

    - if an RLC reset procedure is ongoing (i.e. Timer_RST is running):

      - stop Timer_RST;

      - abort the ongoing RLC reset procedure;

      - reset VT(RST);

      - restart a new RLC reset procedure after the RLC re-establishment terminates.

**3GPP TS25.322 v6.12.0 (2008-05)**

http://www.3gpp.org/DynaReport/25-series.htm

14

4. The communications device of claim 1, wherein the wireless communications system operates in Acknowledged Mode.

> 9.7.7 RLC re-establishment function for acknowledged and unacknowledged mode
>
> [...]
>
> When the transmitting and/or receiving side of an AM RLC entity is re-established by upper layers, the RLC entity shall:
>
> - if the receiving side of the RLC entity is re-established:
>   - reset the state variables specified for the receiver in subclause 9.4 to their initial values;
>   - set the configurable parameters applicable for the receiving side in subclause 9.6 to their configured values;
>   - set the hyper frame number (HFN) in the receiving side (DL in the UE) to the value configured by upper layers;
>   - discard the AMD PDUs in the receiving side.
> - if only the receiving side of the RLC entity is re-established:
>   - discard acknowledgement status report, WINDOW SUFI and MRW_ACK SUFI in all STATUS PDUs and piggybacked STATUS PDUs, RESET PDU and RESET ACK PDU (i.e. discard all control PDUs except MRW SUFI);
>   - if an RLC reset procedure is ongoing (i.e. Timer_RST is running):
>     - stop Timer_RST;
>     - abort the ongoing RLC reset procedure;
>     - reset VT(RST);
>     - restart a new RLC reset procedure after the RLC re-establishment terminates.

**3GPP TS25.322 v6.12.0 (2008-05)**

http://www.3gpp.org/DynaReport/25-series.htm

15