# Exhibit 6

# Exhibit 6
# Infringement of US 8054777 B2 by communication devices operating in accord with UMTS as defined in the  ETSI 3GPP technical specification cited herein

## Infringed claims

1. A method of handling control Protocol Data Units (PDU's) in a wireless communications system, having a communications device having an Radio Link Control (RLC) entity having a transmitting side and a receiving side when reestablishing the receiving side comprising:

only reestablishing the receiving side in the RLC entity of the communications device;

discarding a first control PDU corresponding to the receiving side; and

retaining and not discarding a second control PDU corresponding to the transmitting side

wherein the first control PDU corresponding to the receiving side is a Move Receiving Window (MRW) Acknowledgment (ACK) Status PDU.

2. A communications device utilized in a wireless communications system, and Radio Link Control (RLC) entity of the communications device having a transmitting side and a receiving side, utilized for accurately reestablishing the receiving side, the wireless communications device comprising: a control circuit for realizing functions of the wireless communications device; a central processing unit for executing a program code to operate the control circuit; and a memory for storing the program code; wherein the program code comprises:

only reestablishing the receiving side in the RLC entity of the communications device;

discarding a first control PDU corresponding to the receiving side; and

retaining and not discarding a second control PDU corresponding to the transmitting side

wherein the first control PDU corresponding to the receiving side is a Move Receiving Window (MRW) Acknowledgment (ACK) Status PDU.

2

## Infringed claims

6. The method of claim 1, wherein the second control PDU corresponding to the transmitting side is a Move Receiving Window (MRW) Status PDU.

8. The method of claim 1, wherein the wireless communications system operates in Acknowledged Mode.

9. The method of claim 1, wherein the communications device is a mobile phone, a wireless mobile communications device, or a networking device.

13. The wireless communications device of claim 2, wherein the second control PDU corresponding to the transmitting side is a Move Receiving Window (MRW) Status PDU.

15. The wireless communications device of claim 2, wherein the wireless communications system operates in Acknowledged Mode.

16. The wireless communications device of claim 2, wherein the communications device is a mobile phone, a wireless mobile communications device, or a networking device.

1. A method of handling control Protocol Data Units (PDU's) in a wireless communications system [A], having a communications device [B] having an Radio Link Control (RLC) entity [C] having a transmitting side and a receiving side [D] when reestablishing the receiving side comprising:

## 9.1.2    Control PDUs

◇      Control PDUs are only used in acknowledged mode.

a)  STATUS PDU and Piggybacked STATUS PDU.

The STATUS PDU and the Piggybacked STATUS PDU are used:

-   by the Receiver to inform the Sender about missing and received AMD PDUs in the Receiver;

-   by the Receiver to inform the Sender about the size of the allowed transmission window;

-   by the Sender to request the Receiver to move the reception window; and

-   by the Receiver to acknowledge the Sender about the reception of the request to move the reception window.

b)  RESET PDU.

The RESET PDU is used to reset all protocol states, protocol variables and protocol timers of the peer RLC entity in order to synchronise the two peer entities. It is sent by the Sender to the Receiver.

c)  RESET ACK PDU.

The RESET ACK PDU is an acknowledgement to the RESET PDU. It is sent by the Receiver to the Sender.

**3GPP TS 25.322 v6.12.0 (2008-05)** http://www.3gpp.org/DynaReport/25-series.htm

4

having a communications device having an Radio Link Control (RLC) entity having a transmitting side and a receiving side when reestablishing the receiving side comprising:



**3GPP TS 25.322 v6.12.0 (2008-05)**
http://www.3gpp.org/DynaReport/25-series.htm

Figure 4.4: Model of an acknowledged mode entity

only reestablishing the receiving side in the RLC entity of the communications device;
discarding a first control PDU corresponding to the receiving side; and
retaining and not discarding a second control PDU corresponding to the transmitting side.

◇        When the transmitting and/or receiving side of an AM RLC entity is re-established by upper layers, the RLC entity shall:

- if the receiving side of the RLC entity is re-established:

    - reset the state variables specified for the receiver in subclause 9.4 to their initial values;

    - set the configurable parameters applicable for the receiving side in subclause 9.6 to their configured values;

    - set the hyper frame number (HFN) in the receiving side (DL in the UE) to the value configured by upper layers;

    - discard the AMD PDUs in the receiving side.

    - if only the receiving side of the RLC entity is re-established:

        - discard acknowledgement status report, WINDOW SUFI and MRW_ACK SUFI in all STATUS PDUs and piggybacked STATUS PDUs, RESET PDU and RESET ACK PDU (i.e. discard all control PDUs except MRW SUFI);

    **3GPP TS 25.322 v6.12.0 (2008-05) Section 9.7.7** http://www.3gpp.org/DynaReport/25-series.htm

6

wherein the first control PDU corresponding to the receiving side is a Move Receiving Window (MRW) Acknowledgment (ACK) Status PDU.

◇        When the transmitting and/or receiving side of an AM RLC entity is re-established by upper layers, the RLC entity shall:

- if the receiving side of the RLC entity is re-established:

    - reset the state variables specified for the receiver in subclause 9.4 to their initial values;

    - set the configurable parameters applicable for the receiving side in subclause 9.6 to their configured values;

    - set the hyper frame number (HFN) in the receiving side (DL in the UE) to the value configured by upper layers;

    - discard the AMD PDUs in the receiving side.

- if only the receiving side of the RLC entity is re-established:

    - discard acknowledgement status report, WINDOW SUFI and MRW_ACK SUFI in all STATUS PDUs and piggybacked STATUS PDUs, RESET PDU and RESET ACK PDU (i.e. discard all control PDUs except MRW SUFI);

**3GPP TS 25.322 v6.12.0 (2008-05) Section 9.7.7** http://www.3gpp.org/DynaReport/25-series.htm

7

6. The method of claim 1, wherein the second control PDU corresponding to the transmitting side is a Move Receiving Window (MRW) Status PDU.

◇        When the transmitting and/or receiving side of an AM RLC entity is re-established by upper layers, the RLC entity shall:

- if the receiving side of the RLC entity is re-established:

    - reset the state variables specified for the receiver in subclause 9.4 to their initial values;

    - set the configurable parameters applicable for the receiving side in subclause 9.6 to their configured values;

    - set the hyper frame number (HFN) in the receiving side (DL in the UE) to the value configured by upper layers;

    - discard the AMD PDUs in the receiving side.

    - if only the receiving side of the RLC entity is re-established:

        - discard acknowledgement status report, WINDOW SUFI and MRW_ACK SUFI in all STATUS PDUs and piggybacked STATUS PDUs, RESET PDU and RESET ACK PDU (i.e. discard all control PDUs except MRW SUFI);

**3GPP TS 25.322 v6.12.0 (2008-05) Section 9.7.7** http://www.3gpp.org/DynaReport/25-series.htm

8

8. The method of claim 1, wherein the wireless communications system operates in Acknowledged Mode.

◇     When the transmitting and/or receiving side of an AM RLC entity is re-established by upper layers, the RLC entity shall:

- if the receiving side of the RLC entity is re-established:

  - reset the state variables specified for the receiver in subclause 9.4 to their initial values;

  - set the configurable parameters applicable for the receiving side in subclause 9.6 to their configured values;

  - set the hyper frame number (HFN) in the receiving side (DL in the UE) to the value configured by upper layers;

  - discard the AMD PDUs in the receiving side.

  - if only the receiving side of the RLC entity is re-established:

    - discard acknowledgement status report, WINDOW SUFI and MRW_ACK SUFI in all STATUS PDUs and piggybacked STATUS PDUs, RESET PDU and RESET ACK PDU (i.e. discard all control PDUs except MRW SUFI);

**3GPP TS 25.322 v6.12.0 (2008-05) Section 9.7.7** http://www.3gpp.org/DynaReport/25-series.htm

9. The method of claim 1, wherein the communications device is a mobile phone, a wireless mobile communications device, or a networking device.

Each of the Accused Instrumentalities is a mobile phone. See Exhibit 4.

**3GPP TS 25.322 v6.12.0 (2008-05)**
http://www.3gpp.org/DynaReport/25-series.htm



Figure 4.4: Model of an acknowledged mode entity

2. A communications device utilized in a wireless communications system, and Radio Link Control (RLC) entity of the communications device having a transmitting side and a receiving side, utilized for accurately reestablishing the receiving side,

Each of the Accused Instrumentalities is a communication device, i.e., a mobile phone. See Exhibit 4.

**3GPP TS 25.322 v6.12.0 (2008-05)**
http://www.3gpp.org/DynaReport/25-series.htm



Figure 4.4: Model of an acknowledged mode entity

the wireless communications device comprising: a control circuit for realizing functions of the wireless communications device; a central processing unit for executing a program code to operate the control circuit; and a memory for storing the program code;

Each of the Accused Instrumentalities is a communications device that includes a control circuit with a central processing unit installed in the control circuit for executing a program code to operate control circuit and a memory coupled to the central processing unit for storing the program code. For example, Defendant advertises the Pixel 4a as including a Qualcomm Snapdragon 730G processor and memory storage of six gigabytes of LPDDR4xRAM. See Exhibit 4.

12

wherein the program code comprises:

only reestablishing the receiving side in the RLC entity of the communications device;

discarding a first control PDU corresponding to the receiving side; and

retaining and not discarding a second control PDU corresponding to the transmitting side

◇      When the transmitting and/or receiving side of an AM RLC entity is re-established by upper layers, the RLC entity shall:

- if the receiving side of the RLC entity is re-established:

    - reset the state variables specified for the receiver in subclause 9.4 to their initial values;

    - set the configurable parameters applicable for the receiving side in subclause 9.6 to their configured values;

    - set the hyper frame number (HFN) in the receiving side (DL in the UE) to the value configured by upper layers;

    - discard the AMD PDUs in the receiving side.

    - if only the receiving side of the RLC entity is re-established:

        - discard acknowledgement status report, WINDOW SUFI and MRW_ACK SUFI in all STATUS PDUs and piggybacked STATUS PDUs, RESET PDU and RESET ACK PDU (i.e. discard all control PDUs except MRW SUFI);

**3GPP TS 25.322 v6.12.0 (2008-05) Section 9.7.7** http://www.3gpp.org/DynaReport/25-series.htm

13

wherein the first control PDU corresponding to the receiving side is a Move Receiving Window (MRW) Acknowledgment (ACK) Status PDU.

◇　　　When the transmitting and/or receiving side of an AM RLC entity is re-established by upper layers, the RLC entity shall:

- if the receiving side of the RLC entity is re-established:

  - reset the state variables specified for the receiver in subclause 9.4 to their initial values;

  - set the configurable parameters applicable for the receiving side in subclause 9.6 to their configured values;

  - set the hyper frame number (HFN) in the receiving side (DL in the UE) to the value configured by upper layers;

  - discard the AMD PDUs in the receiving side.

- if only the receiving side of the RLC entity is re-established:

  - discard acknowledgement status report, WINDOW SUFI and MRW_ACK SUFI in all STATUS PDUs and piggybacked STATUS PDUs, RESET PDU and RESET ACK PDU (i.e. discard all control PDUs except MRW SUFI);

**3GPP TS 25.322 v6.12.0 (2008-05) Section 9.7.7** http://www.3gpp.org/DynaReport/25-series.htm

14

13. The wireless communications device of claim 2, wherein the second control PDU corresponding to the transmitting side is a Move Receiving Window (MRW) Status PDU.

◇       When the transmitting and/or receiving side of an AM RLC entity is re-established by upper layers, the RLC entity shall:

- if the receiving side of the RLC entity is re-established:

  - reset the state variables specified for the receiver in subclause 9.4 to their initial values;

  - set the configurable parameters applicable for the receiving side in subclause 9.6 to their configured values;

  - set the hyper frame number (HFN) in the receiving side (DL in the UE) to the value configured by upper layers;

  - discard the AMD PDUs in the receiving side.

  - if only the receiving side of the RLC entity is re-established:

    - discard acknowledgement status report, WINDOW SUFI and MRW_ACK SUFI in all STATUS PDUs and piggybacked STATUS PDUs, RESET PDU and RESET ACK PDU (i.e. discard all control PDUs except MRW SUFI);

**3GPP TS 25.322 v6.12.0 (2008-05) Section 9.7.7** http://www.3gpp.org/DynaReport/25-series.htm

15. The wireless communications device of claim 2, wherein the wireless communications system operates in Acknowledged Mode.

◇ When the transmitting and/or receiving side of an AM RLC entity is re-established by upper layers, the RLC entity shall:

- if the receiving side of the RLC entity is re-established:

  - reset the state variables specified for the receiver in subclause 9.4 to their initial values;

  - set the configurable parameters applicable for the receiving side in subclause 9.6 to their configured values;

  - set the hyper frame number (HFN) in the receiving side (DL in the UE) to the value configured by upper layers;

  - discard the AMD PDUs in the receiving side.

  - if only the receiving side of the RLC entity is re-established:

    - discard acknowledgement status report, WINDOW SUFI and MRW_ACK SUFI in all STATUS PDUs and piggybacked STATUS PDUs, RESET PDU and RESET ACK PDU (i.e. discard all control PDUs except MRW SUFI);

**3GPP TS 25.322 v6.12.0 (2008-05) Section 9.7.7** http://www.3gpp.org/DynaReport/25-series.htm

16. The wireless communications device of claim 2, wherein the communications device is a mobile phone, a wireless mobile communications device, or a networking device.

Each of the Accused Instrumentalities is a mobile phone. See Exhibit 4.

**3GPP TS 25.322 v6.12.0 (2008-05)**
http://www.3gpp.org/DynaReport/25-series.htm



Figure 4.4: Model of an acknowledged mode entity