UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

_____

www.cand.uscourts.gov

Mark B. Busby                                                    GENERAL COURT NUMBER
CLERK OF COURT                                                   415-522-2000

February 25, 2022

Karl R. Fink
Fitch, Even, Tabin & Flannery LLP
120 South LaSalle Street, Suite 2100
Chicago, IL 60603

Charles K. Verhoeven
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street, 22nd FloorSan Francisco, CA 94111

Re:     L2 Mobile Technologies LLC v. Google LLC
        Case Number: 22-cv-01184-LB

Dear Counsel/Parties:

    This matter has been randomly assigned to United States Magistrate Judge Laurel Beeler for all
purposes including trial.

    The magistrate judges of this district have been designated to conduct any and all proceedings in a
civil case including a jury or nonjury trial and to order the entry of a final judgment, upon the consent
of all parties.

    A review of our records discloses that the Consent to Proceed Before a United States Magistrate
Judge or Declination to Proceed before a Magistrate Judge and Request for Reassignment to a United
States District Judge has not been filed in this case.  All parties are asked to complete the attached
form documenting either consent or request for reassignment and e-file it with the Court by **March 11,
2022.**  This form can be found on the Court's website at www.cand.uscourts.gov.  Please note that any
party is free to withhold consent to proceed before a magistrate judge without adverse substantive
consequences.

                                        Mark B. Busby
                                        Clerk, United States District Court

                                        Elaine Kabiling, *Deputy* Clerk to the
                                        Honorable LAUREL BEELER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

L2 MOBILE TECHNOLOGIES LLC,

        Plaintiff,

    v.

GOOGLE LLC,

        Defendant.

Case No.  22-cv-01184-LB

**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION**

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

(  ) **Consent** **to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

      **OR**

(  ) **Decline** **Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE: _____

NAME: _____

COUNSEL FOR
(OR "PRO SE"): _____

_____
*Signature*

United States District Court
Northern District of California