Jon A. Birmingham (CA SBN 271034)
jbirmi@fitcheven.com
FITCH, EVEN, TABIN & FLANNERY LLP
20929 Ventura Boulevard, Suite 47403
Woodland Hills, California 91364
Telephone: (818) 296-9669
Facsimile: (312) 577-7007

*Attorney for Plaintiff*
L2 MOBILE TECHNOLOGIES LLC

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel : 415-875-6600

Kevin Hardy (*pro hac vice*)
kevinhardy@quinnemanuel.com
Deepa Acharya (*pro hac vice*)
deepaacharya@quinnemanuel.com
1300 I Street, N.W., Suite 900
Washington, DC 20005
Tel: 202-538-8000

*Attorneys for Defendant Google LLC*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| L2 MOBILE TECHNOLOGIES LLC,<br><br>　　　Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>　　　Defendant. | No. C 22-01184 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER UNDER CIVIL L.R. 6–2 TO ENLARGE TIME FOR SUBMISSION OF CASE MANAGEMENT STATEMENT AND TO RESCHEDULE CASE MANAGEMENT CONFERENCE** |

Stipulation and [Proposed] Order to Enlarge Time
Case No. C 22-01184 WHA

Pursuant to Civil Local Rule 6-2, Plaintiff L2 Mobile Technologies LLC ("L2MT") and Defendant Google LLC ("Google"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on February 25, 2022, this case was transferred to this District from the Western District of Texas (D.I. 59);

WHEREAS, on March 11, 2022, this case was assigned to the Honorable William H. Alsup (D.I. 59);

WHEREAS, the parties' Joint Case Management Statement is due on June 2, 2022 (D.I. 61);

WHEREAS, the Initial Case Management Conference is currently scheduled for June 9, 2022 (D.I. 61);

WHEREAS, the parties are close to resolving this case; and

WHEREAS, the parties agree that extending by two weeks the due date for the submission of the Joint Case Management Statement and rescheduling the Initial Case Management Conference by the same amount or to a date convenient for the Court will allow the parties to complete the resolution of their disputes, thereby obviating the need for an Initial Case Management Conference and reducing the associated burden on the Court.

IT IS HEREBY STIPULATED AND AGREED by L2MT and Google, subject to the Court's approval, that the following dates will be enlarged as follows:

| Event | Current Date | Requested Enlarged Date |
| --- | --- | --- |
| Filing of Joint Case Management Statement | June 2, 2022 | June 16, 2022 |
| Initial Case Management Conference | June 9, 2022 | June 23, 2022, or at some other time to be determine by the Court |

| | |
|---|---|
| Dated: June 2, 2022 | Respectfully submitted, |
| | */s/ Jon A. Birmingham* |
| | Jon A. Birmingham (CA SBN 271034) |
| | FITCH, EVEN, TABIN & FLANNERY LLP |
| | 20929 Ventura Boulevard, Suite 47403 |
| | Woodland Hills, California 91364 |
| | jbirmi@fitcheven.com |
| | Telephone: (818) 296-9669 |
| | Facsimile: (312) 577-7007 |
| | *Attorney for Plaintiff* |
| | *L2 Mobile Technologies LLC* |
| | |
| | */s/ Deepa Acharya* |
| | Charles K. Verhoeven |
| | charlesverhoeven@quinnemanuel.com |
| | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | 555 Twin Dolphin Drive, 5th Floor |
| | Redwood Shores, CA 94065 |
| | Tel: 650-801-5000 |
| | |
| | Kevin Hardy (*pro hac vice*) |
| | kevinhardy@quinnemanuel.com |
| | Deepa Acharya (*pro hac vice*) |
| | deepaacharya@quinnemanuel.com |
| | 1300 I Street, N.W., Suite 900 |
| | Washington, DC 20005 |
| | Tel: 202-538-8000 |
| | *Attorneys for Defendant Google LLC* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

_____
Honorable William H. Alsup
United States District Judge

## ATTESTATION

In accordance with Civil L.R. 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from every other signatory to this document.

Dated: June 2, 2022                                        By: */s/ Jon A. Birmingham*
                                                                Jon A. Birmingham