1  Jon A. Birmingham (CA SBN 271034)
2  jbirmi@fitcheven.com
   **FITCH, EVEN, TABIN & FLANNERY LLP**
3  20929 Ventura Boulevard, Suite 47403
   Woodland Hills, California 91364
4  Telephone: (818) 296-9669
   Facsimile: (312) 577-7007
5
6  *Attorney for Plaintiff*
   L2 MOBILE TECHNOLOGIES LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| L2 MOBILE TECHNOLOGIES LLC,<br><br>     Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>     Defendant. | No. C 22-01184 WHA<br><br>**STIPULATION OF DISMISSAL** |

Stipulation of Dismissal
Case No. C 22-01184 WHA

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, L2 Mobile Technologies LLC, and Defendant, Google LLC, hereby stipulate to the dismissal of the action. All claims of infringement that Plaintiff raised or could have raised in this action are dismissed WITH PREJUDICE. All claims, defenses, or counterclaims that Defendant raised are dismissed WITHOUT PREJUDICE. Each Party will bear its own costs and attorneys' fees.

Dated: July 6, 2022

Respectfully submitted,

*/s/* Jon A. Birmingham
Jon A. Birmingham (CA SBN 271034)
FITCH, EVEN, TABIN & FLANNERY LLP
20929 Ventura Boulevard, Suite 47403
Woodland Hills, California 91364
jbirmi@fitcheven.com
Telephone: (818) 296-9669
Facsimile: (312) 577-7007
*Attorney for Plaintiff*
*L2 Mobile Technologies LLC*

*/s/* Kevin Hardy
Charles K. Verhoeven
charlesverhoeven@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Tel: 650-801-5000

Kevin Hardy (*pro hac vice*)
kevinhardy@quinnemanuel.com
Deepa Acharya
deepaacharya@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1300 I Street, N.W., Suite 900
Washington, DC 20005
Tel: 202-538-8000
Fax: 202-538-8100
*Attorneys for Defendant Google LLC*

## **ATTESTATION**

In accordance with Civil L.R. 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from every other signatory to this document.

Dated: July 6, 2022                                                  By: /s/ Jon A. Birmingham
                                                                                          Jon A. Birmingham